UNITED STATES of America, Plaintiff–Appellee

v.

Roque Geovanni SOSA–GUERRERO, also known as Roque Geovanni Sosa, also known as Roque Geovanni Guerrero Sosa, also known as Roque Geovanni Sosa Guerrero, also known as Roque Guerrero Sosa, Defendant–Appellant.

No. 13–20077
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Dec. 17, 2013.

Renata Ann Gowie, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Lee Harper Wilson, Houston, TX, for Defendant–Appellant.

Before DAVIS, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Roque Geovanni Sosa–Guerrero has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir.2011). Sosa–Guerrero

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.